UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TAELOR SCOTT and<br>SYDNI SCOTT<br><br>  Plaintiffs,<br><br>v.<br><br>SUSAN SCOTT, individually and as<br>Co-Trustee of the Stuart O. Scott Family<br>Trust,<br>CHARLES S. SILVER, ESQ., individually<br>and as Co-Trustee of the Stuart O. Scott<br>Family Trust,<br>JOHN L. BONEE, III, ESQ., and<br>BONEEWEINTRAUB, LLC<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i)<br><br><br>Case No.: 3:19-cv-00136-SRU<br><br><br><br><br><br>FEBRUARY 5, 2019 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Taelor Scott and Sydni Scott and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all the defendants.

THE PLAINTIFFS,

TAELOR SCOTT
SYDNI SCOTT

By:      /s/Dori B. Hightower, Esq.
Dori B. Hightower, Esq.
Law Office of Dori B. Hightower, LLC
1127 High Ridge Road #309
Stamford, CT 06905
T: 203.569.7444
F: 203.569.7445
dbhightower@dbhightowerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/Dori B. Hightower, Esq.
Fed Bar No. (ct27215)